■ In the Matter of 23 PERRY OWNERS CORP., Appellant, v STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), entered on January 30, 1990, unanimously affirmed for the reasons stated by Eugene Nardelli, J., without costs. No opinion. Concur—Rosenberger, J. P., Wallach, Asch, Kassal and Smith, JJ.

■ In the Matter of MORGAN GUARANTY TRUST COMPANY OF NEW YORK, as Cotrustee of a Trust Created by MARY D. BIDDLE. In the Matter of the Estate of FREEMAN J. DANIELS, Deceased. In the Matter of the Estate of WILLIAM R. O'CONNOR, Deceased. JOHN M. WHELAN, Appellant; NICHOLAS D. BIDDLE et al., Respondents.—Order, Surrogate's Court, New York County (Marie Lambert, S.), entered on or about April 16, 1990, unanimously affirmed for the reasons stated by Marie Lambert, S., without costs. No opinion. Concur—Murphy, P. J., Milonas, Ellerin, Ross and Rubin, JJ.